# IN THE UNITED STATES DISTRICT COURT
# OF WESTERN WASHINGTON
# SEATTLE

| | |
|---|---|
| RUSSELL DEAN HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>BELLEVUE SCHOOL DISTRICT, JEFFREY THOMAS, JACKIE STAECK, SUNNY ENGLUND, SARAH BROWN, MARIA FRIEBOES, HEATHER MCLEAN, ALICIA J ELIZONODO in their official capacities,<br><br>Defendants. | NO. C18-1226 RSM<br><br>STIPULATION AND ORDER ON DISMISSAL |

## STIPULATION

It is hereby stipulated and agreed by and between the parties hereto that the above-entitled matter has been fully settled and compromised between Plaintiff RUSSELL DEAN HARRIS and Defendants BELLEVUE SCHOOL DISTRICT, JEFFREY THOMAS, JACKIE STAECK, SUNNY ENGLUND, SARAH BROWN, MARIA FRIEBOES, HEATHER MCLEAN, ALICIA J ELIZONODO and may be dismissed with prejudice and without costs to either party.

/ / /

DATED this ____ day of _____, 2018.

STIPULATION AND ORDER ON DISMISSAL - 1

SIMMONS │ SWEENEY │ SMITH PS
SEATTLE/BELLEVUE
11811 NE 1ST STREET SUITE 200
BELLEVUE, WA 98005

BELLINGHAM (MAIL/SERVICE)
1223 COMMERCIAL STREET
BELLINGHAM, WA 98225

PHONE: (360) 752-2000 / FAX: (360) 752-2771
mail@ssslawgroup.com

| | |
|---|---|
| BRET S. SIMMONS, WSBA #25558 | RUSSELL DEAN HARRIS |

KELLEY J. SWEENEY, WSBA #25441
Attorneys for Defendants

## ORDER

Pursuant to the foregoing Stipulation, it is

ORDERED that the cause of action regarding Plaintiff RUSSELL DEAN HARRIS and Defendants BELLEVUE SCHOOL DISTRICT, JEFFREY THOMAS, JACKIE STAECK, SUNNY ENGLUND, SARAH BROWN, MARIA FRIEBOES, HEATHER MCLEAN, ALICIA J ELIZONODO is hereby dismissed with prejudice and without costs to either party.

DATED this 21st day of September 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

SIMMONS SWEENEY SMITH, PS

BRET S. SIMMONS, WSBA #25558
KELLEY J. SWEENEY, WSBA #25441
Attorneys for Defendants

Copy Received, Approved for Entry:

RUSSELL DEAN HARRIS

STIPULATION AND ORDER ON DISMISSAL - 2

SIMMONS │ SWEENEY │ SMITH PS
SEATTLE/BELLEVUE         BELLINGHAM (MAIL/SERVICE)
11811 NE 1ST STREET SUITE 200      1223 COMMERCIAL STREET
BELLEVUE, WA 98005          BELLINGHAM, WA 98225

PHONE: (360) 752-2000 / FAX: (360) 752-2771
mail@ssslawgroup.com